UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WALLACE,

        Plaintiff,

v.

GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF TDAMERITRADE HOLDING CORPORATION and THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

        Defendants.

NO. 1:19-cv-10574

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: May 18, 2020

## ORDER

AND NOW, this __18__ day of __May__, 2020, upon consideration of the joint motion of the parties for leave to file the Administrative Record under seal, said motion is GRANTED, and Defendant Hartford Life and Accident Insurance Company may file the Administrative Record in the instant action under seal.

BY THE COURT:

_____
Edgardo Ramos, U.S.D.J
Dated: May 18, 2020
New York, New York