UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PAMELA WALLACE,

                Plaintiff,                19 **CIVIL** 10574 (ER)

     -against-                        **JUDGMENT**

GROUP LONG TERM DISABILITY PLAN
FOR EMPLOYEES OF TDAMERITRADE
HOLDING CORPORATION and THE
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2021, Wallace's motion for summary judgment is DENIED and Defendants' motion is GRANTED, Judgment is entered for Defendants and this case is closed.

**Dated:** New York, New York
          March 25, 2021

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                           **BY:**
                                                     **Deputy Clerk**